UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| H & R BLOCK EASTERN TAX SERVICES, INC., <br> Plaintiff, <br><br> v. <br><br> DONALD L. BROOKS, <br> Defendant. | Civil No. 3:00 CV 1332J (JCH) <br><br> March 1, 2005 |

## MOTION FOR RETURN OF PROPERTY

Pursuant to D. Conn. L. Civ. R. 83.6(e), and per the directive of the Deputy Clerk by letter dated January 24, 2005, plaintiff H & R Block Eastern Tax Services, Inc. respectfully moves for the return of the following item filed with the Court in connection with the above-captioned suit, which has been resolved and dismissed:

**Injunction Bond #1676572 in the amount of $200,000.00 issued by The Hanover Insurance Company and/or Massachusetts Bay Insurance Company, and dated October 20, 2000**

Respectfully submitted,

PLAINTIFF,
H & R BLOCK EASTERN
TAX SERVICES, INC.

By: /s/ William J. Albinger
William J. Albinger, ct19861
Wiggin and Dana LLP
One Century Tower
New Haven, CT 06508-1832
(203) 498-4400
Its Attorney

## CERTIFICATE OF SERVICE

This is to certify that on this 1st day of March, 2005, a copy of the foregoing Motion for Return of Property has been served by first-class U.S. mail, postage prepaid, on the following:

Thomas C. Boscarino, Esq.
Boatman, Boscarino, Grasso & Twachtman
628 Hebron Avenue, Building Three
Glastonbury, CT 06033

_____
William J. Albinger